STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail:  Jennifer.A.Kenney@ssa.gov
Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CABRERA, | No. EDCV 14-1212 PLA |
| Plaintiff, | JUDGMENT FOR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that this case is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Remand.

DATED:  April 10, 2015

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE